# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| HENRY OWENS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV608-040<br>) |
| STATE BOARD OF PARDONS & PAROLES, | )<br>)<br>) |
| Defendant. | )<br>) |

## REPORT AND RECOMMENDATION

In an order dated May 28, 2008, the Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return these forms by June 27, 2008 would result in a recommendation that this case be dismissed. (Id.) Since plaintiff has not returned the required forms, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 1st day of July, 2008.

/s/ *signature*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA